**Dismiss and Opinion Filed May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00318-CR

### THE STATE OF TEXAS, Appellant

### V.

### DAVID MANLEY HANSON, Appellee

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB13-05145-B**

## MEMORANDUM OPINION
Before Moseley, O'Neill, and FitzGerald

The State of Texas has filed a motion, signed by counsel for the State, to dismiss its appeal. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140318F.U05